Summer P.T., P.C. v MVAIC (2026 NY Slip Op 50212(U))

[*1]

Summer P.T., P.C. v MVAIC

2026 NY Slip Op 50212(U)

Decided on February 13, 2026

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 13, 2026

SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS

PRESENT: : WAVNY TOUSSAINT, P.J., MARINA CORA MUNDY, LISA S. OTTLEY, JJ

2025-985 K C

Summer P.T., P.C., as Assignee of Campbell, Tiara, Respondent,

against

MVAIC, Appellant.

Marshall & Marshall, PLLC (Angelique Evangelista and Frank D'Esposito of counsel), for appellant.

The Rybak Firm, PLLC (Richard F. Rozhik of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sandra E. Roper, J.), entered March 3, 2025. The order denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is granted.

In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) appeals from an order of the Civil Court (Sandra E. Roper, J.) which denied MVAIC's motion for summary judgment dismissing the complaint.

For the reasons stated in Harmonized Acupuncture, as Assignee of Hopkins, Jadiah v MVAIC (— Misc 3d —, 2026 NY Slip Op — [appeal No. 2025-984 K C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is granted.

TOUSSAINT, P.J., MUNDY and OTTLEY, JJ., concur.

ENTER:
Jennifer Chan
Chief Clerk
Decision Date: February 13, 2026